UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BOHDAN SENYSZYN,**<br><br>　　　　**Petitioner,**<br><br>　　v.<br><br>**WARDEN DUKE TERRELL,**<br><br>　　　　**Respondent.** | 10-CV-4704 (WJM)<br><br>**ORDER** |

　　This matter having come before the Court on the motion filed by *pro se* petitioner Bohdan Senyszyn ("Senyszyn") pursuant to 28 U.S.C. § 2255 seeking termination or modification of his term of supervised relief; the Court having considered the opposition documents filed by the United States Attorney's Office for the District of New Jersey as well as by the United States Probation Office for the District of New Jersey ; the Court noting that 18 U.S.C. § 3583(e)(1) and (2) provide for the early termination of a term of supervised relief, provided certain factors are met, only after the expiration of one year of that term; the Court noting that Senyszyn began his term of supervised relief on or about August 6, 2010 such that one year has not yet passed and his request for relief is premature; the Court noting that Senyszyn has not provided any other actionable basis for relief; and good cause appearing,

　　**IT IS** on the 16th of November 2010, hereby

**ORDERED** that Senyszyn's petition for relief is **DENIED WITHOUT PREJUDICE**.

/s/ William J. Martini
**WILLIAM J. MARTINI, U.S.D.J.**
